SCIRICA, Circuit Judge,
concurring.
I doubt that any party to this lawsuit ever believed that Courtney and Halpin did not have tenured positions at La Salle. Indeed the Pennsylvania Superior Court stated, “Halpin and Courtney were granted tenure according to the conditions set forth in the Faculty Bulletin.”[1] Halpin v. LaSalle Univ., 432 Pa.Super. 476, 639 A.2d 37, 38 (1994). Whatever else tenure may mean, its essence is protection from termination.
Yet the Pennsylvania Superior Court chose to define tenure here as entitlement to rank only and duration of employment from year to year only. Like Judge Becker I believe their decision was wrong but like Judge Schwarzer I believe we are bound to give it collateral effect.

. The Faculty Handbook provides:
[t]he full-time teacher under contract with tenure may competently expect to hold his/her position until he/she is retired for age or disability or separated for adequate cause under due process or because of financial exigencies of the institution. (AAUP Bul. SM 1964, p. 114).